2016-0093 (La. 9/16/16)

**STATE EX REL. Nicholas HEBRARD**

v.

**STATE of Louisiana**

**NO. 2016-KH-0093**

Supreme Court of Louisiana.

September 16, 2016

Applying For Reconsideration of this Court's action dated March 14, 2016, Parish of Orleans, Criminal District Court Div. L, No. 515-792; to the Court of Appeal, Fourth Circuit, No. 2015-K-1205

Reconsideration denied.

2016-0970 (La. 9/16/16)

**STAN-M, INC.**

v.

**CITY OF NEW ORLEANS Through the Department of Finance, Bureau of the Treasury and Errol G. Williams in His Capacity as Assessor for Orleans Parish**

**NO. 2016-CC-0970**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. N, No. 2014-5844; to the Court of Appeal, Fourth Circuit, No. 2016-C-0113

⌐Denied.

HUGHES, J., would grant.

2016-0996 (La. 9/16/16)

**CRIMSON EXPLORATION, INC.**

v.

**BAAL MINERALS, INC.**

**Bruiere Minerals Company**

v.

**Shoreline Southeast, LLC**

**NO. 2016-CC-0996**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Allen, 33rd Judicial District Court Div. A, No. C-2010-550-A C/W C-2011-474-A; to the Court of Appeal, Third Circuit, No. CW 15-01169

⌐Denied.